■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DECKER, Appellant. [716 NYS2d 331] —Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Honorof, J.), rendered July 28, 1998, convicting him of burglary in the second degree and criminal possession of burglar's tools, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The Trial Judge providently exercised his discretion with respect to challenges made during voir dire (*see,* CPL 270.20 [1] [b]; *People v Biondo,* 41 NY2d 483, *cert denied* 434 US 928; *People v Thomas,* 244 AD2d 271), and in refusing to charge the lesser-included offenses requested by the defendant (*see, People v Glover,* 57 NY2d 61).

The defendant's remaining contentions are unpreserved for appellate review or without merit. Goldstein, J. P., McGinity, Luciano and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIERRY FILSAIME, Appellant. [716 NYS2d 888] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 16, 1998 (*People v Filsaime,* 255 AD2d 453), affirming a judgment of the Supreme Court, Nassau County, rendered December 12, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Thompson and S. Miller, JJ., concur.